IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEVIN SMITH AND DUSTIN SMITH, Co-Personal Representatives of the ESTATE OF MARY K. OSTRY, Deceased, and DEVIN SMITH, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | 4:17-CV-3043<br><br>JUDGMENT |

On the parties' Joint Stipulation for Dismissal with Prejudice (filing 33), this case is dismissed with prejudice, each party to pay their own costs.

Dated this 29th day of December, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge